# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**ERNEST R. BOND,**

      **Plaintiff,**                                  **CV 06 - 6293 - JE**

      **v.**                                       **ORDER**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

_____

      Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5,239.00, and costs in the amount of $0.00, for a total of $5,239.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

      **DATED this __16th__ day of November 2007.**

_____

                           _____/s/ John Jelderks_____

                           UNITED STATES MAGISTRATE JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff